UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN D. LEWIS and STEPHANIE LEWIS,

Plaintiffs,

v.    4:14-cv-27

AXENS NORTH AMERICA, INC.; BASF CATALYSTS, LLC.; BASF CORPORATION; and NATIONAL BULK EQUIPMENT,

Defendants.

This ２8 day of May 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Defendant National Bulk Equipment, Inc. ("National Bulk") moves for partial judgment on the pleadings as to the claim of Plaintiff Bryan Lewis. ECF No. 5. National Bulk contends that a two-year statute of limitations bars Mr. Lewis's claim. *Id.* Plaintiffs agree that Mr. Lewis's claims are untimely under Georgia law. ECF No. 13 at 1-2. Plaintiffs request in their response that National Bulk remain a party to the suit because of Mrs. Lewis's potential claims against them. *Id.* National Bulk, for its part, has only requested the dismissal of the claims on which the parties agree. ECF No. 5 at 1. Therefore, Mr. Lewis's claims against National Bulk are ***DISMISSED*** as time-barred. Mrs. Lewis's claims for loss of consortium may proceed.